```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-00023-MCE |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| TROY L. CARDOSO, | |
| Defendant. | |

WHEREAS, on or about June 9, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Troy L. Cardoso and the finding of forfeiture by the Court forfeiting to the United States the following property:

    (a)    One Dell Dimension 8200 desktop computer, serial number GV9QK11;

    (b)    One Maxtor D740X-6L, 20 gigabyte hard drive, serial number 11S24P3661ZJ1JN868Z04M, removed from the above-referenced Dell Dimension 8200 desk-top computer;

    (c)    One Maxtor D740X-6L, 20 gigabyte hard drive, serial number 11S24P3661ZJ1JN868YZ1S, removed from the above-referenced Dell Dimension 8200

|   |   |   |
|---|---|---|
| 1 |  | desk-top computer; and |
| 2 | (d) | Any and all other media seized from the defendant during the execution of the search warrant at his residence containing depictions of minors engaged in sexually explicit conduct. |

AND WHEREAS, beginning on June 15, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Troy L. Cardoso.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE