```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2780
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   No. 2:07-CR-0023 MCE
                                 )
11             Plaintiff,        )   STIPULATION AND ORDER DIRECTING
                                 )   PAYMENT OF RESTITUTION
12       v.                      )
                                 )
13  TROY CARDOSO,                )
                                 )
14             Defendant.        )
15  _____ )
```

16      The undersigned parties stipulate and agree that defendant Troy
17 Cardoso, shall be ordered to pay restitution in the amount of $5000
18 to the victim in this case, identified in paragraph 12 of the
19 Presentence Report as being the victim in the "Misty" child
20 pornography series. The defendant stipulated to the payment of
21 restitution as part of the plea agreement in this case.

22 DATED: 8-21-12                Respectfully submitted,
23
                                 BENJAMIN B. WAGNER
24                               United States Attorney
25                          By:  /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
26                               Assistant U.S. Attorney
27
28 **Stipulation and Order Directing**
   **Payment of Restitution.**
                                 1

DATED: May 4, 2012          By:    /s/ Ken Rosenfeld
                                   KEN ROSENFELD
                                   Attorney for Defendant
                                   Troy Cardoso

**ORDER**

Based on the stipulation of the parties and good cause appearing, the defendant Troy Cardoso, shall be ordered to pay restitution to his victim, identified in paragraph 12 of the Presentence Report as being the victim in the "Misty" child pornography series in the amount totaling $5000.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Directing Payment of Restitution.**

2